IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BORMIO INVESTMENTS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:15-CV-1888-M |
| § | |
| WELLS FARGO BANK, N.A., § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss Plaintiff's Original Petition and Brief in Support*, filed June 8, 2015 (doc. 3), is **GRANTED**.  By separate judgment, Plaintiff's claims against Defendant[1] will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

**SIGNED** this 4th day of February, 2016.

*[signature: Barbara M. G. Lynn]*

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

---

[1] According to Defendant, its correct name is Wells Fargo Bank, N.A. successor by merger to Wells Fargo Bank Minnesota, National Association as trustee for First Franklin Mortgage Loan Trust 2002-FF4 Asset Backed Certificates, Series 2002-FF-4.